F I L E D
Clerk
District Court
MAR 01 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

March 1, 2024
9:00 a.m.

| | |
|---|---|
| 1:24-cr-00010 | **UNITED STATES OF AMERICA -v- HONGJIANG YANG** |
| 1:24-cr-00011 | **UNITED STATES OF AMERICA -v- MEIFANG WENG** |
| 1:24-cr-00012 | **UNITED STATES OF AMERICA -v- XIULAN HUANG** |

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
PAMELA HUYNH, LAW CLERK
HEIDI DOOGAN, COURT REPORTER
FRANCINE ATALIG, COURTROOM DEPUTY
ASHLEY KOST, ASSISTANT U.S. ATTORNEY
CONG NIE, CJA COUNSEL FOR DEFENDANT YANG
HONGJIANG YANG, DEFENDANT
RICHARD MILLER, CJA COUNSEL FOR DEFENDANT WENG
MEIFANG WENG, DEFENDANT
MARK HANSON, CJA COUNSEL FOR DEFENDANT HUANG
XIULAN HUANG, DEFENDANT
JUANETTE DAVID-ATALIG, U.S. PROBATION OFFICER
GREGORY ARRIOLA, U.S. PROBATION OFFICER
MENGWEI "MADGE" GAI, INTERPRETER

PROCEEDING:   INITIAL APPEARANCE / ARRAIGNMENT

Defendants appeared out of custody. Interpreter was sworn.

Attorney Kost confirmed with the Court that the Government is not seeking an order of detention for all three Defendants.

Court apprised the Defendants of their constitutional rights. Counsel confirmed they received a copy of the indictments.

Counsel was ready to proceed with arraignment. Counsel waived reading of the charges against the Defendants and the reading of their rights. Defendants entered a plea of not guilty. Court accepted the pleas of not guilty.

Court set the **Jury Trial** for **May 7, 2024,** at **10:00 am.**

As required by Rule 5(f) of the Federal Rules of Criminal Procedure, the government is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Officer Arriola reported that Defendant Weng's passport is lost.

Defendants were released on an unsecured bond and are to abide by the imposed terms and conditions of release.

                                                Adjourned at 9:30 a.m.
                                                /s/Francine Atalig, Courtroom Deputy