SHAWN N. ANDERSON
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**HONGJIANG YANG,**<br><br>Defendant. | Criminal Case No. 24-cr-00010<br><br><br>**NOTICE OF ERRATA** |

1    COMES NOW the United States of America, and hereby files it Notice of Errata to ECF

2   39, to correct the typographical error in the caption.  "UNITED STATES OF AMERICA vs.

3   HONGJIANG  WANG"  should  be  replaced  with  "UNITED  STATES  OF  AMERICA  vs.

4   HONGJIANG YANG."   Pursuant to Fed. R. Crim. P. 36, the United States respectfully requests

5   that the record reflect the true legal name is as shown in this caption. All future filings should

6   reflect HONGJIANG YANG's true name.

   Respectfully submitted on May 24, 2024.

                                    SHAWN N. ANDERSON
                                    United States Attorney

                    By:    _/s/ Eric S. O'Malley_____
                                    Eric S. O'Malley
                                    Assistant United States Attorney