**FILED**
Clerk
District Court
NOV 01 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>  v.<br><br>HONGJIANG YANG,<br>          Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>  v.<br><br>MEIFANG WENG,<br>          Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>  v.<br><br>XIULAN HUANG,<br>          Defendant. | Case No. 1:24-cr-00010<br>Case No. 1:24-cr-00011<br>Case No. 1:24-cr-00012<br><br>**JURY NOTE**<br>Note No._____ |

We the Jury: ~~are requesting for~~ have reached a verdict.

_____

Date and Time: 11/01/24 4:28 pm       /s/ Jillian Pladevega
                                                              Foreperson/Juror

Response from the Court:
_____
_____

Date and Time: _____       Ramona V. Manglona
                                                              Chief Judge

Recieve at 1430